**Jesse Theodore COOK, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 14819.**

United States Court of Appeals
Fifth Circuit.
May 11, 1954.

Bernard A. Golding, Houston, Tex., for appellant.

Brian S. Odem, U. S. Atty., James T. Dowd, Asst. U. S. Atty., Malcolm R. Wilkey, U. S. Atty., Houston, Tex., for appellee.

Before STRUM and RIVES, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

Upon consideration of the record herein, and the brief for appellee, no brief having been filed for the appellant and no reversible error appearing, it is ordered and adjudged that the judgment appealed from be, and the same is hereby

Affirmed.

**Arthur T. WASSERMAN, Trustee**

v.

**Benjamin SEIGEL.**

**No. 4811.**

United States Court of Appeals
First Circuit.
May 12, 1954.

Maurice M. Isen, Boston, Mass., for appellant.

David Lasker, Boston, Mass., for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.